IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15-cv-800-MHT |
| | ) | (WO) |
| $504,135.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DECREE OF FORFEITURE**

Before the Court is the United States of America's ("United States") motion for decree of forfeiture (doc. no. 22) and accompanying stipulation for compromise settlement (doc. no. 22-1) and release of claims (doc. no.22-2).

On October 30, 2015, the United States filed a verified complaint for forfeiture *in rem* (doc. no. 1) pursuant to 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1) (drug distribution) and 21 U.S.C. § 846 (conspiracy to commit a violation of the Controlled Substances Act).

Pursuant to a warrant of arrest *in rem* issued by this court on October 30, 2015 (doc. no. 3), the District Asset Forfeiture Coordinator with the United States Marshals Service served defendant on November 2, 2015. See Acknowledgement of Service (doc. no. 4).

Notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. See Declaration of Publication & Amendment Declaration of Publication (doc. nos. 8 & 9).

1

On November 6, 2015, Attorney Michael P. Hanle was served with copies of the verified complaint for forfeiture *in rem*, notice of complaint for forfeiture against personal property, and warrant of arrest *in rem*. See Acknowledgement of Service (doc. no. 6).

On December 4, 2015, Curtis Earl Pope, Jr. was served with copies of the verified complaint for forfeiture *in rem*, notice of complaint for forfeiture against personal property, and warrant of arrest *in rem*. See Acknowledgement of Service (doc. no. 13).

On December 4, 2015, Curtis Earl Pope, Jr. filed a verified claim (doc. no. 11) within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, along with a motion to dismiss (doc. no. 10).

On December 14, 2015, the United States filed its response to the motion to dismiss (doc. no. 12).

On March 17, 2016, this court denied the motion to dismiss. See Order (doc. no. 19).

On August 15, 2016, the United States and claimant Pope entered into a stipulation for compromise settlement in which claimant Pope consented to entry of a decree of forfeiture forfeiting $404,135.00 to the United States, to be disposed of according to law. The United States agreed to release $100,000.00 to claimant Pope through his attorney of record, Michael P. Hanle.

No other claim or answer has been filed on behalf of any other party.

Accordingly, it appearing that process was fully issued in this action and returned according to law, and for good cause otherwise shown, it is ORDERED, ADJUDGED, AND DECREED that:

(1) The motion for a decree of forfeiture (doc. no. 22) is granted.

(2)     The United States Marshals Service shall release $100,000.00 to claimant Curtis Earl Pope, Jr. through his attorney of record, Michael P. Hanle.

(3)     $404,135.00 is forfeited to the United States; no right, title or interest in the defendant currency shall exist in any other party; and it shall be disposed of according to law.

(4)     Each party shall bear its own costs.

This case is closed.

DONE, this the 1st day of September, 2016.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE